UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MacKinnon,

                         Plaintiffs,

        -against-

Walmart, Inc.,

                         Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

**7:24-cv-5447 NSR-VR**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2025

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for **2/26/25 at 11:00 am.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference.

**SO ORDERED.**

DATED:    White Plains, New York
             January 30, 2025

_____
VICTORIA REZNIK
United States Magistrate Judge